UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VALENCIA RENA GARNER,**

    **Plaintiff,**

v.                                     Case No: 6:17-cv-1346-Orl-41DCI

**CENTRAL INTELLIGENCE AGENCY, FEDERAL POLICE, GREYHOUND BUS TRANSPORTATION, U.S. DEPARTMENT OF TRANSPORTATION, LYNX and MARTA,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation ("R&R," Doc. 6), in which he recommends that the motion be denied. He further recommends that the Complaint (Doc. 1) be dismissed without leave to amend.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the R&R.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2017.



Copies furnished to:

Unrepresented Party